FORMAL PETITION AND EMERGENCY RELIEF, DEMAND FOR JUSTICE, ACCOUNTABILITY, AND FEDERAL INTERVENTION

**CV 25-663**

Submitted by: Kevin M. Gonzales, sui juris, Special Appearance Only
As Living Man and Executor of the Family Estate
All Rights Reserved, UCC 1-308, Without Prejudice

**FILED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

JUL 1 4 2025

MITCHELL R. ELFERS
CLERK

# PETITION OVERVIEW: DEMAND FOR STRONGER LEGAL ACCOUNTABILITY

This petition seeks immediate legal and equitable relief from the egregious acts, unlawful misconduct, and systemic abuse committed by officials, agencies, and public servants operating under color of law within the State of New Mexico.

I appear not as the NAME created by the state, but as a Living Man, sui juris, operating as executor and beneficiary of the family estate. This court, and any court that fails to acknowledge this status and the absence of verified contractual authority, lacks lawful jurisdiction.

As George P Eichweld refused to recite his sworn oath and not opposing party's were present George P Eichweld forfeited this Court's jurisdiction yet still ruled without lawful authority or due process. That led to the damages and suffering harms deprivation of rights under color of law and details related in this Petition.

# I. NOTICE OF NON-CONSENT, IDENTITY, AND JURISDICTION

Let it be stated for the record:

- I am not the fiction "KEVIN MICHAEL GONZALES " but the Living

Man Kevin M. Gonzales, executor and beneficiary of the family estate appearing in special capacity and asserting my right to challenge all unlawful, unverified, presumptive, or unilateral contracts.

- No verified claim exists against the trust or family estate I oversee. Any presumption of consent is hereby rebutted.

- I do not submit to statutory jurisdiction by silence, default, or misidentification.

- This matter is not about an individual person—it is a matter of trust, fraud, and administrative trespass. All alleged authority is hereby demanded to be proven on the record.

# II. NAMED ACTORS AND INITIAL VIOLATIONS

The following individuals and agencies acted without lawful authority, due process, or adherence to judicial oath, causing physical harm, financial loss, emotional distress, and civil rights violations:

- **Judge Robert David Pederson, Judge Donald W. Decker, Judge Bradley L. Keeler:** Participated in unlawful proceedings, denied motions and filings, and acted outside their lawful scope.

- **Judge George P. Eichwald:** Refused to recite judicial oath on the public record (March 4, 2025), held a hearing with no opposing parties present, and forfeited jurisdiction by procedural and constitutional default. ( Citations Appendix provided below)

- **Monica D. Guillen:** Committed perjury, slander, and abuse of process leading to parental alienation, falsified state records, and obstruction of lawful remedy.

- **Gallup Police Department and McKinley County Sheriff's**

Department:

- Physically assaulted me, violated my rights without probable cause, and obstructed lawful redress. Impounded my motorcycle, detained transported and threatened me without filings a single document or violation.

- **New Mexico Judicial Standards and Ethics Commissions:**

- Failed to act on notarized and timely complaints and dismissed serious allegations without notice, hearing, or legal basis.

- **Governor Michelle Luján Grisham and State Legislators:**

- Have refused to respond rebuttals to formal grievances, legal notices petitions affidavits declarations written notrized certified mail emaild, failed to intervene, and neglected their oath-bound constitutional duties to protect due process and transparency.

# III. SYSTEMIC OBSTRUCTION AND COLLUSION

I have suffered persistent obstruction in every effort to lawfully redress harm, file complaints, enter petitions, and submit evidence:

- **Clerks of the 11th Judicial District** have repeatedly denied filings, falsified case statuses, and interfered with due process. My constitutional right to contract submit necessary documents Petitions access the courts defend myself appropriately accordingly.

- **Court security** and agents of the judiciary have treated me as a corporate fiction and denied me entry based on refusal to accept a fraudulent contract or misidentification.

- **All agencies listed** have operated in conspiracy to silence, delay, ignore, or dismiss my lawful attempts to seek remedy and defend my parental and civil rights.

- I have been subjected to starvation, emotional trauma, and threats, creating a **hostile environment**, akin to war against my person.

# IV. TRUST JURISDICTION AND SUPERIOR CLAIM

All offers, charges, and presumed contracts made against the fiction **Kevin M. Gonzales** are hereby rejected for lack of verified claim, due authority, or standing. This is a trust matter. Only the trust company, acting through the family estate, has authority to receive and negotiate such claims.

As executor and living beneficiary of the family estate, I assert a **superior lien** over the NAME and all associated contracts. All claims must first go through proper verification and proof of injury under common law. No presumptive authority shall be honored.

# V. LEGAL BASIS FOR RELIEF

- **Constitutional Violations:** Due Process (14th Amendment), Right to Parent (Troxel v. Granville), 1st, 4th, 5th, 6th Amendments

- **Common Law Claims:** Trespass upon the estate, fraud in factum, anticipatory repudiation of duty

- **Civil Rights Violations:** 42 U.S.C. §§ 1983, 1985, 1986, and related New Mexico Civil Rights Act

- **Administrative Code Violations:** Failure to perform sworn duties under oath; refusal to recite oath as forfeiture of authority

- **Federal Statutory Reference:** In Re Sanchez, 577 F.Supp. 7 (S.D.N.Y. 1983); 1 U.S.C. § 106b

# VI. EMERGENCY DEMANDS FOR REMEDY

I now respectfully and firmly demand:

- **Immediate Dismissal** of all proceedings and charges made under fraud, duress, or without verified claim.

- **Federal Investigation** into systemic misconduct by named judges, clerks, state agencies, and Governor Michelle Luján Grisham.

- **Writ of Mandamus** to compel oversight bodies to enforce constitutional protections.

- **Full Restoration** of parental rights unlawfully severed through slander and perjury.

- **Compensation and Damages** for physical assault, emotional distress, and procedural violations.

- **Affirmation of Trust Jurisdiction** and recognition of living status outside corporate fiction.

# VII. AFFIRMATION

I declare under penalty of perjury that the above is true, correct, and submitted without prejudice under UCC 1-308.

Respectfully,

**Kevin M. Gonzales**

Sui Juris, Special Appearance Only

Executor and Living Man of the Family Estate

All Rights Reserved, UCC 1-308, Without Prejudice

Date: July 8, 2025

# Appendix A: Legal Citations and Authorities

For case # CV-2024-000453

## Rule 60 and Rule 24

- 42 U.S.C. §§ 1983, 1985, 1986

- **Troxel v. Granville**, 530 U.S. 57 (2000)

- **In Re Sanchez**, 577 F.Supp. 7 (S.D.N.Y. 1983)

- **UCC 1-308**, Right to Reserve Rights

- **1 U.S.C. § 106b**, Constitutional Amendment Verification

- **Mathews v. Eldridge**, 424 U.S. 319 (1976)

- **New Mexico Civil Rights Act (2021)**

(§§ 536.55–536.64) **focus on the settlement aspects of claims processing within the Army's claims system.** They aim to ensure fair compensation while following established procedures and legal guidelines. all of witch Is being systemically denied

Deprivation of Rights Under Color of Law.

Appendix: Legal Citations and Authorities for
NMSIF Tort Claim #2025033620

Rule 60 and Rule 24

- 32 CFR Part 536 – Claims Against the United States

- Subpart A–J: 32 CFR §§ 536.1–536.145

- 5 U.S.C. § 706 – Scope of Review

- 42 U.S.C. § 1983 – Civil Action for Deprivation of Rights

- 5 U.S.C. § 3331 – Oath of Office

- UCC 1-308 – Reservation of Rights

- New Mexico Audit Act – NMSA 1978, § 12-6-1 et seq.

- New Mexico Tort Claims Act – NMSA 1978, § 41-4-1 et seq.

- NM Constitution, Art. II, §§ 4, 18 – Due Process and Equal Protection

- U.S. Constitution – Amendments I, IV, V, VI, IX, and XIV

- Mathews v. Eldridge, 424 U.S. 319 (1976) – Due Process Balancing Test

- Legal Maxim: "He who asserts no rights has none."

DISCLOSURE NOTICE

This petition is submitted in good faith and under lawful authority, with the intent to expose unlawful conduct, protect the public interest, and secure redress for civil and constitutional violations.

All information provided herein is true and correct to the best of my

knowledge, based on personal experience, documented records, and lawful filings.

I assert all natural rights, waiving none, and reserve the right to amend or supplement this filing.

NOTICE OF DEFAULT AND TACIT AGREEMENT

Failure to respond to this petition in writing within a lawful and reasonable time frame constitutes tacit agreement, dishonor, and administrative default. Silence is acquiescence.

All claims, facts, and remedies stated herein shall be deemed admitted, affirmed, and enforceable by operation of law under the doctrines of estoppel, notice, and UCC 1-308.

## Summary Statement of Exhaustion and Legal Violations by New Mexico Government Entities

As Executor and Beneficiary of my family estate,

I have lawfully and in good faith exhausted all legal and administrative remedies. Immediately after the violations occurred, I submitted formal claims and demands for remedy—well within the statutory and constitutional timeframes.

Despite this, multiple New Mexico governmental entities—including departments, public bodies, and third-party actors operating under color of law—willfully denied me access to due process, standard protocols, lawful procedures, and any good-faith investigation, in direct violation of their oaths and core duties.

## Applicable Legal Framework and Violations:

- New Mexico Civil Rights Act (NMCRA):

Public bodies are liable for constitutional rights violations by their employees. Qualified immunity is not a defense.

I was denied equal protection, access to courts, and lawful remedy—violations squarely prohibited under this Act.

- **New Mexico Tort Claims Act (TCA):**

While providing limited sovereign immunity, the TCA allows claims for governmental negligence in specific cases.

I timely filed a proper notice of claim, but it was obstructed, altered, or outright ignored. No acknowledgment, proper evaluation, or lawful response was ever provided.

- **Governmental Conduct Act:**

Numerous public officials failed to act ethically or lawfully, abused their positions, and failed to disclose conflicts of interest.

These actions defy public duty and may constitute criminal misconduct under the Act.

**Systemic Failures:**

- I complied fully with legal and administrative procedures to seek remedy.

- All responsible public officials and departments denied standard policies, procedures, and protocols required under law.

- No valid investigation, hearing, or resolution process was ever afforded.

- Multiple petitions, filings, and lawful requests were mishandled, ignored, or rejected without basis.

**Conclusion:**

The cumulative conduct of these entities demonstrates deliberate obstruction, gross negligence, and institutional misconduct that has resulted in irreparable harm, constitutional violations, and a forfeiture of lawful jurisdiction.

I now formally assert that all named parties have defaulted in their duty to uphold the rule of law and demand immediate federal oversight, injunctive relief, and full legal accountability.

CERTIFICATE OF SERVICE

I, Kevin M. Gonzales, hereby certify that a true and correct copy of this Petition for Legal Accountability was served upon the New Mexico District Court's  and NM Court Reporters Association (NMCRA) Board of Directors by electronic mail and/or United States Postal Service on July 8th, 2025.

Kevin M Gonzales
1703 Calle Pinon
Gallup N.M. 87301





**CERTIFIED MAIL®**

9589 0710 5270 2910 5158 86

**Retail**

**RDC 99**

87501

U.S. POSTAGE PAID
FCM LG ENV
GALLUP, NM 87301
JUL 08, 2025

**$6.62**

S2324H502260-04

United States District court of N.M.

Santigo E. U.S. courthouse
106 S. Federal Place
Santa Fe, N.M. 87501

**RECEIVED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

**JUL 14 2025**

**MITCHELL R. ELFERS**
**CLERK**